Certificate Number: 17082-PAM-DE-041034105

Bankruptcy Case Number: 26-01466



17082-PAM-DE-041034105

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 29, 2026, at 12:26 o'clock PM MST, JASON C CORTESE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   May 29, 2026                    By:     /s/Orsolya K Lazar

                                        Name:   Orsolya K Lazar

                                        Title:   Executive Director