**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**(WILKES-BARRE)**

| | |
|---|---|
| IN RE: ) | |
| JASON CHARLES CORTESE ) | |
| *AKA* JASON C CORTESE *AKA* JASON CORTESE, ) | **CASE NO.: 26-BK-01466-MJC** |
| ) | **CHAPTER 7** |
| DEBTOR. ) | **JUDGE MARK J CONWAY** |
| ) | |
| NEWREZ LLC, ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| JASON CHARLES CORTESE ) | |
| *AKA* JASON C CORTESE *AKA* JASON CORTESE, ) | |
| DEBTOR AND JACK N ZAHAROPOULOS, TRUSTEE,) | |
| ) | |
| RESPONDENTS. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of

Appearance on behalf of NewRez LLC and requests that they be noticed on all pleadings, documents

and hearings; that they receive copies of all documents; and be added to the matrix to be served at the

addresses below:

**DATED** this 3rd day of June 2026

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been

furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S.

Mail on this 3rd day of June 2026.

*VIA U.S. MAIL*

*DEBTOR*
JASON CHARLES CORTESE
701 E LACKWANNA AVE
OLYPHANT, PA 18447

*VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTOR*
CARLO SABATINI
SABATINI LAW FIRM, LLC
216 N. BLAKELY ST.
DUNMORE, PA 18512
USBKCT@BANKRUPTCYPA.COM

*TRUSTEE*
LAWRENCE G. FRANK
(TRUSTEE)
100 ASPEN DRIVE
DILLSBURG, PA 17019
LAWRENCEGFRANK@GMAIL.COM

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102
USTPREGION03.HA.ECF@USDOJ.GOV

/s/ *Joshua I. Goldman*
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*